NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Patrick Halpin
2030 Arriba Way
Santa Maria, CA 93458
805-310-4161
phalpin@outlook.com

FILED
2014 SEP -8 PM 3:30
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY: _____

ATTORNEYS FOR:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Patrick Halpin

Plaintiff(s),

v.

Experian Information Solutions, Inc.

Defendant(s)

CASE NUMBER:

SACV 14-01439 AG(DFMx)

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Patrick Halpin
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Patrick Halpin | Party |
| Experian Information Solutions, Inc. | Party |

September 05, 2014
Date

_[signature]_
Sign

Patrick Halpin
Attorney of record for or party appearing in pro per

CV-30 (04/10)                                NOTICE OF INTERESTED PARTIES