FILED

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| none, none<br>Patrick Halpin<br>110 Mary Avenue Unit 2-160<br>Nipomo, CA 93444<br>TELEPHONE NO.: (805) 310-4161<br>ATTORNEY FOR *(Name):* In Pro Per | 2014 SEP 15 PM 3: 48<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>SANTA ANA<br><br>BY: |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| United States District Court, Central District of California<br>411 West Fourth St<br>Santa Ana, CA 92701-4516 |

| PLAINTIFF/PETITIONER: Patrick Halpin | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Experian Information Solutions, Inc. | SACV1401439AG (DFMX) |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>none |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of:   Summons, Petition to Compel Arbitration, Civil Case Cover Sheet, Certification and Notice of Interested Parties

3. a. Party served:  Experian Information Solutions, Inc.

   b. Person Served: Jan Lapinid-CT Corporation System - Person authorized to accept service of process

4. Address where the party was served:  818 West Seventh Street 2nd Floor
   Los Angeles, CA  90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
     receive service of process for the party (1) on (date): 9/9/2014     (2) at (time): 2:20 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   Experian Information Solutions, Inc.

   under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:    Jimmy Lizama
   b. Address:    One Legal - 194-Marin
             504 Redwood Blvd #223
             Novato, CA 94947

   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 37.95
   e I am:
     (3) registered California process server.
       (i) Employee or independent contractor.
       (ii) Registration No.: 4553
       (iii) County: LOS ANGELES

BY FAX

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date:  9/12/2014

| Jimmy Lizama | |
|---|---|
| (NAME OF PERSON WHO SERVED PAPERS) | (SIGNATURE) |

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

OL# 7359284