EXHIBIT A



Neil B. Currie
VICE PRESIDENT

725 S. Figueroa St., Ste. 400
Los Angeles, CA 90017
T 213 622 6358
E CurrieN@adr.org

adr.org

August 12, 2014

**Sent Via Email Only**

Edward Chang, Esq.
Jones Day
3161 Michelson Drive, Suite 800
Irvine, CA 92612

Re: Experian Information Solutions, Inc.

Dear Mr. Chang,

Thank you for registering the Experian Information Solutions, Inc. consumer arbitration clause through the AAA's Consumer Clause Registry.

Beginning September 1, 2014, it is the policy of the American Arbitration Association ("AAA") to administer consumer disputes in accordance with the *Consumer Arbitration Rules (Consumer Rules)* and the *Consumer Due Process Protocol (Protocol)*. These documents may be found on our web site at www.adr.org. In order to determine if the arbitration agreement substantially and materially complies with the due process standards of the *Consumer Due Process Protocol*, **the AAA reviews the parties' arbitration clause only**, and not the entire contract. The AAA's review of the arbitration clause is only an administrative review to determine whether the clause complies with the AAA's minimum due process standards in consumer arbitrations. However, the AAA's review is not an opinion on whether the arbitration agreement, the contract, or any part of the contract is legally enforceable.

Based upon the administrative review of the Experian Information Solutions, Inc. consumer arbitration clause, under current AAA policy, the AAA is prepared to administer consumer-related disputes filed pursuant to this clause. Experian Information Solutions, Inc. and its consumer arbitration clause will be included on the Consumer Clause Registry. The AAA's willingness to administer disputes under Experian Information Solutions, Inc.'s consumer arbitration clause is contingent upon Experian Information Solutions, Inc.'s continued willingness to have all present and future consumer related-disputes that are handled by the AAA administered in accordance with the Consumer Rules and the Protocol. The AAA reserves the right to decline administration in the future if Experian Information Solutions, Inc. deviates from the *Consumer Rules* and/or *Protocol* or does not comply with the "Consumer Clause Registry Terms and Conditions."

The AAA will send future Registry annual fee notices (the first annual fee notice for your clause will be in 2016) to the contact provided by Experian Information Solutions, Inc. The business should immediately notify the AAA at consumerreview@adr.org of any contact changes. Failure to notify the AAA of an internal contact may result in removal from the Registry.



Note that this willingness to accept consumer claims does not extend to those cases covered by the AAA's moratorium on accepting consumer debt collection arbitration cases. Information on the moratorium is available on our web site, here:

http://www.adr.org/sp.asp?id=36427

This letter is not a contract, promise and/or agreement to provide any services pursuant to the Experian Information Solutions, Inc. consumer arbitration clause and should not be construed as an opinion or assurance of the legal enforceability of the arbitration agreements. The AAA further reserves the right to decline administration of cases under the Experian Information Solutions, Inc. arbitration agreements in the future due to changes in the state of existing law and/or changes in AAA policies, rules and procedures.

Very truly yours,

*Neil B. Currie*

Neil B. Currie
Vice President