| | |
|---|---|
| 1 | Edward S. Chang (State Bar No. 241682) |
| 2 | Carly J. Schlosberg (State Bar No. 292845) |
| | JONES DAY |
| 3 | 3161 Michelson Drive Suite 800 |
| | Irvine, CA 92612.4408 |
| 4 | Telephone: +1.949.851.3939 |
| | Facsimile: +1.949.553.7539 |
| 5 | Email: echang@jonesday.com |

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PATRICK HALPIN, | Case No. SACV14-01439 AG (DFMx) |
| Plaintiff, | |
| v. | Assigned for all purposes to Hon. Andrew J. Guilford |
| EXPERIAN INFORMATION SOLUTIONS, INC. | **EXPERIAN INFORMATION SOLUTIONS, INC.'S CERTIFICATE OF INTERESTED ENTITIES** |
| Defendant. | |

The undersigned, counsel of record for Experian Information Solutions, Inc., ("Experian") certifies pursuant to Local Rule Civil Rule 7.1 that the following listed parties may have a pecuniary interest in the outcome of this case. Experian submits this certificate to comply with this Court's Local Rule. This submission is not intended to be construed as a waiver of Experian's rights to arbitrate its claims with Plaintiff pursuant to the parties' arbitration agreement and the FAA. Experian expressly reserves all of its rights in law, equity, and contract with respect to its agreement to arbitrate with Plaintiff.

These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies: The ultimate parent company of Experian is Experian plc.

2. Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

    (a) Vehicle Title, LLC
    (b) Central Source LLC
    (c) Online Data Exchange LLC
    (d) New Management Services LLC
    (e) VantageScore Solutions LLC
    (f) Opt-Out Services LLC

3. Publicly Held Companies: Experian plc owns 100 percent of Experian. Experian plc is a Jersey, Channel Islands company, which is publicly traded on the London Stock Exchange.

| | | |
|---|---|---|
| 1 | | |
| 2 | | Respectfully Submitted, |
| 3 | Dated: September 30, 2014 | JONES DAY |
| 4 | | |
| 5 | | By: */s/ Edward S. Chang* <br> Edward S. Chang <br> Carly J. Schlosberg |
| 6 | | |
| 7 | | Attorneys for Defendant <br> EXPERIAN INFORMATION <br> SOLUTIONS, INC. |

Lines 8–28.