```
Patrick Halpin
2030 Arriba Way
Santa Maria, CA 93458
805-310-4161
phalpin@outlook.com
```

FILED 2014 DEC 22 PM 3:20 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA BY:

Patrick Halpin, IN PRO PER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| NAME OF PLAINTIFF,<br>   Patrick Halpin<br>   VS.<br>NAME OF DEFENDANT,<br>   Experian Information Solutions, Inc. | Case No: SACV 14-1439 AG (ANx)<br><br>**DISMISSAL WITH PREJUDICE** |

    Please take notice that the above-entitled action by Plaintiff Patrick Halpin may be and herby is dismissed on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

DATED: December 17, 2014      BY: _/s/ Patrick Halpin_
                                              Patrick Halpin

## PROOF OF SERVICE BY U.S. MAIL

Halpin, Patrick vs. Experian Information Solutions, Inc.

Case No.: SACV 14-1439 AG (ANx)

I, Helengrace Naoe, hereby declare that on December 22, 2014 I served the attached **DISMISSAL WITH PREJUDICE** on the parties in the within action by email and by mailing copies enclosed in sealed envelopes with 1st Class postage affixed at Santa Maria, California, addressed as follows:

Carly Schlosberg
Jones Day - One Firm Worldwide
3161 Michelson Drive, Suite 800
Irvine, CA 92612

I declare under penalty of perjury the foregoing to be true and correct. Executed at Santa Maria, California on December 22, 2014.

/s/ Helengrace Naoe
Helengrace Naoe

BY FAX